[No. 11759-9-I. Division One. July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM TINY MCZEAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-04859-3, Horton Smith, J., entered April 20, 1982. *Affirmed* by unpublished opinion per Andersen,

C.J., concurred in by Callow and Scholfield, JJ.